IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
240 United States Courthouse
Topeka, KS 66683

January 10, 2007

To: All parties listed on the attached Stacking Trial List at their addresses listed in the Court record.

In re: Stack Trials set for January 17-18

Dear Counsel:

    The referenced cases have been set for evidentiary hearing/trial. This will serve as your reminder of the evidentiary/trial setting and that the following requirements must be met prior to the date of the evidentiary hearing/trial.

    1. **The Bankruptcy Clerk's Office will be contacting you within a few days.** You should, however, contact the Clerk's Office if you have any information in regards to settlements or complications. The Clerk's office <u>must</u> be informed at least **48 hours** prior to the commencement of the evidentiary hearing/trial concerning an agreed journal entry of settlement. If a journal entry is not submitted within that time frame, you must appear to announce the settlement for the record.

    2. Continuances will not be granted upon stipulation of counsel, but may be allowed upon timely motion and by order of the Court under exceptional circumstances for good cause shown. <u>See D. Kan. Rule 6.1(b)</u>.

    3. All documentary exhibits must be copied, marked and listed on an exhibit sheet prior to the hearing in compliance with D. Kan. LBR 9072.1. The Court may decline to admit any exhibits not so marked.
    <u>*Note: Copies of all exhibits are required three (3) business days in advance of trial. The Court requires three (3) complete sets of copies. Additionally, one complete set must be provided for each party. Pursuant to D. Kan. LBR 9072.1(d), trial exhibits are not to be filed electronically.*</u>

    4. Trial briefs may be submitted to the Court. All briefs must be submitted in accordance with the deadlines set out in the Pretrial Order or other order of the Court. Briefs must be submitted at least three (3) business days before the scheduled trial and served on opposing counsel.

    5. Any motions in limine shall be filed by three (3) business days prior to the date the trial is scheduled to begin.

    **This evidentiary hearing/trial is set on a stacking basis. You should contact Debbie Goodrich, Becky Carter, Phyllis Rambert, or Debbie May prior to your trial date to ascertain the date and time your trial is expected to be heard.**

Dated: January 10, 2007

                                         s/Janice Miller Karlin
                                        U.S. BANKRUPTCY JUDGE
                            MISCELLANEOUS STACKING TRIALS

[stackreminderltr]

Before Hon. Janice Miller Karlin - Room 210, U.S.Courthouse
beginning at 9:00 a.m. on January 17 and 18th, 2007
and continuing until concluded

| **NAME** | **CASE NO.** | **DURATION** |
|---|---|---|

**Chae Son Dominguez** — 06-40389-13
Issue: Objection and Amended Objection to Exemptions filed by Trustee
Counsel:
Michael Brunton — Debtors
Jan Hamilton — Trustee

**David Alan Crain** — 06-40571-7
Issue: Trustee's Motion To Dismiss Case Or Convert
Counsel:
Michael F. Brunton — Debtor
Robert L. Baer — Trustee
David P. Eron — US Trustee

**William Jack Keck**
Issue: Objection to Debtor's Claim of Exemptions — 05-43269 -7
Counsel: Patricia Hamilton, Trustee
       Troy Berberick for the debtor

AND
UST v. Trustee v. Keck — 05-7149
Issue: Complaint for Denial of Discharge
Counsel: Dick Wieland for the U.S. Trustee
       Troy Berberick for the debtor

**Sammy Edward Kershaw** — 05-44427 -7
**Terri Lynn Kershaw**
Issue: Motion for Administrative Expenses
Counsel: Brenda Bell for the debtors
Jacob Pugh for Randal Hupe
Jan Hamilton, Trustee

**MBNA America Bank v. Frotscher** — 06-7055
Issue: Dischargeability Complaint    **(06-40315 -7)**
Counsel: Ron Weiss for the plaintiff
       Bruce Barry for the defendant

[stackreminderltr]