**Form owex**  (Revised 10/20/2005)

**United States Bankruptcy Court – District of Kansas**
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

In Re:  William Jack Keck           Case No.: 05–43269
Debtor          Chapter 7

May v. Keck          Adv. Proc. No. 05–07149

| Entered By The Court 8/15/07 | **ORDER FOR DISPOSAL OF EXHIBITS** | **Filed By The Court** **8/15/07** Fred Jamison Clerk of Court US Bankruptcy Court |
|---|---|---|

Pursuant to D. Kan. Bk. Rule 5003.2 of the Rules of Practice for the United States Bankruptcy Court for the District of Kansas, it is

ORDERED that exhibits introduced into evidence shall be withdrawn from the Office of the Clerk of the U. S. Bankruptcy Court by the respective parties not later than fifteen (15) days from the date of this Order, a copy of which shall be mailed forthwith to counsel of record by the Clerk. Upon withdrawal, each party shall endorse a written receipt for such exhibits.

IT IS FURTHER ORDERED that any exhibits not withdrawn in the time designated by this order may be destroyed or otherwise disposed by the Clerk of the U. S. Bankruptcy Court.

Document 51          s/ Janice Miller Karlin
         United States Bankruptcy Judge